# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

MARGARET TERESA JOHNSON,

    Plaintiff,

v.                        CASE NO. 1:15-cv-00212-MP-GRJ

CAROLYN W COLVIN,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 26, 2016. (Doc. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 18. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. The Court agrees with the Magistrate Judge that the Administrative Law Judge provided adequate, specific reasons for rejecting the treating physician's conclusion that plaintiff was totally disabled. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
    2.    The Clerk is directed to enter judgment stating that decision of the Commissioner, denying benefits, is affirmed. The Clerk should close the file.

    **DONE AND ORDERED** this *29th* day of December, 2016

                             *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge